# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: _____

Case Name: _____

Is this case a cross appeal?  ☐ Yes   ☐ No
Has this case or a related one been before this court previously?  ☐ Yes  ☐ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

[                                                                           ]

**This is to certify that a copy of this statement was served on opposing counsel of record this ___ day of**

_____, _____.

_____
Name of Counsel for ~~Appellant~~ Appellee/Cross-Appellant

6CA-53
Rev. 6/08